# ATTACHMENT A

JARAMIJO

My Honorable Judge
City of Tampa

For your Consideration:

Sir Judge, cordial greeting on my behalf Mrs. Paulina Moserrate Anchundia Mero, with citizen identification #       Mr. Judge beforehand I ask a favor, that I am a poor person and I have five children all of them are of a minor age and students, my son, Denny Andres Mero Anchundia, with citizen identification No.      - he works as a fisherman to bring the bread of his siblings each day and my house is made of reeds, the walls have been ruined because of the earthquake of April 16, 2016 and we are still have trimmers since then, they are at risk of collapsing those that are strong are ruined and even more Mr. Judge I plead, and implore of your good heart think of my children that I am a single mother and I have been separated from their father for nine years and I depend on my son Sir Judge think about the poverty that we are living.

Attentively,

*/s/ Paulina Anchundia*
Paulina Monserrate Anchundia Mero

Jaramijó

MI HONORABLE JUEZ

Ciudad.-

De mis consideraciones.

Señor, Juez tenga un cordial saludo de mi parte la Sra. Paulina Monserrate Anchundia Mero con numero de cedula _____ Sr. Juez ante mano le pido de favor que soy una persona pobre la cual tengo a mis 5 hijos y todos ellos son menores de edad y estudian, mi hijo Denny Andrés mero Anchundia con numero de cedula _____ él trabaja en la pesca para traer el pan de sus hermanos cada día y mi casa es de caña las cuales las paredes están dañadas por el terremoto del 16 de abril del 2016 la cual aun habiendo replicas y están en riesgos de derrumbarse que son fuertes se están dañando aún más señor juez se lo suplico se lo imploro de su buen corazón piense en mis hijos que soy una madre soltera y estoy separada de él 9 años y yo dependo de mi hijo señor juez piense en mi pobreza que estoy viviendo.

Atentamente.

_Paulina Anchundia_
Paulina Monserrate Anchundia Mero

For your consideration:

We as siblings of the young man **DENNY ANDRES MERO ANCHUNDIA**, with citizen identification

In the name of his siblings, all being of a minor age 16, 15, 13, 10, and 9, we have knowledge and good concept of our brother, DENNY ANDRES MERO ANCHUNDIA, that he supports not only us but also our mother.

He gave us the ability to study to have a better education.

He is a good person and responsible of our home.

Attentively,

/s/ Edisson Mero
Mero Anchundia, Edison, boy

/s/ Glenda Mero
Mero Anchundia, Glenda, girl

/s/ Sonia Mero
Mero Anchundia, Sonia, girl

Thumb print
Mero Anchundia Yuleisy

Thumb print
Mero Anchundia, Jonathan, boy
CI: 131659622-8

De nuestras consideraciones;

Nosotros como hermanos del Joven. Denny Andrés Mero Anchundia, con cedula de identidad

En nombre de los hermanos, siendo menores con las siguientes edades 16, 15, 13, 10 y de 9, conocemos un buen concepto de nuestro hermano el Joven. Denny Andrés Mero Anchundia, por la cual nos mantenía tal como nosotros y a nuestra madre.

Nos daba el estudio para tener una buena educación.

Él es buena persona y responsable de su hogar.

Atentamente;

*Edisson Mero*
**Niño. Mero Anchundia Edisson**

*Glenda Mero*
**Niña. Mero Anchundia Glenda**

*Sonia Mero*
**Niña. Mero Anchundia Sonia**

**Niña. Mero Anchundia Yuleisy**

**Niño. Mero Anchundia Jonathan**