# ATTACHMENT B















